[No. 5852.]

EDWARD L. PHIPPS, (A MINOR, BY THOS. B. SWAIN, HIS GUARDIAN,) *v.* E. HARLAN, JOB MAULS-BURY, W. T. BROWN, C. D. FOWLER, S. S. SWOPE, AND S. F. WATSON.

FINDINGS MUST RESPOND TO THE ISSUES.—Where an answer sets up an affirmative defense the findings must respond thereto.

APPEAL from the District Court of the Twentieth Judicial District, County of San Benito.

The action was brought to recover from the defendant Harlan, as principal, and from the other defendants as sureties upon an administrator's bond. Defendant Watson answered separately, and set up the defense that prior to the breach out of which the plaintiff's cause of action arose he had filed his petition and obtained an order releasing him as bondsman. The findings are silent upon this issue.

Judgment was rendered for the plaintiff against all the defendants, including defendant Watson, and they appealed.

*W. S. McPheeters, Jas. F. Breen*, and *J. J. Harris,* for Appellants.

*E. W. McGraw* and *J. J. May*, for Respondent.

By the-COURT:

Judgment and order denying a new trial affirmed as to the defendants Harlan, Maulsbury, Brown, Fowler, and Swope. Remittitur forthwith.

The judgment as to the defendant Watson reversed for want of a finding upon the affirmative defense set up in his answer, and as to him the cause is remanded with directions to make an additional finding upon the said affirmative defense, and thereupon to proceed to judgment as to the said defendant Watson. Remittitur forthwith.